12686.   TEAL v. THE STATE.

LUKE, J.  The defendant was convicted of the offense of manufacturing
   liquor.  The evidence relied upon by the State was wholly circumstan-
   tial and was not sufficient to exclude every reasonable hypothesis save
   that of the defendant's guilt.  It was therefore error to overrule the
   motion for a new trial.
        *Judgment reversed.  Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED NOVEMBER 16, 1921.

Indictment for manufacture of intoxicating liquor; from
Paulding superior court — Judge Irwin.  June 4, 1921.

Comer Teal, the defendant, it was testified, was " a boy living
with his father, . . a very old man, . . feeble, hardly able
to get out of the house, . . not able to work " or to operate
a still; and officers looking for a still found in and near a
pasture used by the father different evidences of the making of
liquor; they found in the pasture, about 150 or 200 yards from
the house, a still and cap and worm hidden under some brush
pine tops where wood had been cut, and found just outside the
pasture and between a quarter and a half mile from the house
about 500 or 600 gallons of beer, and a furnace, a flake-stand,
etc.; and there were " fresh tracks from the distillery directly
to his house."  " Several little beaten paths seemed to start off
from the beer," but were not traced away from there; one went
straight to Teal's house.  One of the officers testified: " Saw
the defendant the day I was down there; he was about half
way between the house and where we found the still, coming
down the path.  He was coming down from the house; didn't
see him about the still; he had an ax on his shoulder; . .
never at any time saw Comer with any whisky or beer or any-
thing of the kind, or in possession of any still apparatus; . .
told him what we had found; he said he didn't know a thing
about it; . . met Comer going toward the still."  The witness
did not know who else lived with the defendant's father.  Another
officer testified that " there was a young man there, coming down
across the field with an ax on his shoulder," as they " went up
there," but he did not know whether it was Comer Teal or not.
Other people lived not far away from there.  The defendant, in
his statement at the trial, said that he was in Dallas when " they
got that still," and did not know anything about it; that he
knew nothing as to the beer being there.

*W. E. Spinks,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general,* contra.